# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-08722-JHN-PLAx | Date | January 18, 2011 |
|---|---|---|---|
| Title | Rosaura Hernandez v. Omni Hotels Management Corporation et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE RE SANCTIONS OR DISMISSAL  (In Chambers)

On January 26, 2010, the Court issued an Order Re Jury Trial in this action. (Docket no. 16-2.) That Order set a final pretrial conference on January 24, 2011, and set February 1, 2011, as the trial date. Pursuant to the Order, the parties were required to submit memoranda of contentions of fact and law, witness lists, and a joint exhibit list at least 21 days before the final pretrial conference, and to lodge a proposed final pretrial conference order at least 11 days before the final pretrial conference. None of these required submissions have been received by the Court.

Federal Rule of Civil Procedure 16(f) authorizes the Court to issue sanctions, including dismissal, "if a party or its attorney . . . fails to obey a scheduling or other pretrial order." Fed. R. Civ. P. 16(f)(1). **The Court hereby ORDERS the parties to SHOW CAUSE in writing by <u>January 21, 2011, at noon</u>, as to why the Court should not impose monetary sanctions and/or dismiss the case for their failure to file the required materials by the deadlines as set forth in the Order Re Jury Trial. The final pretrial conference and trial dates are VACATED.  Plaintiff and Defendant shall file simultaneous responses to this Order by January 21, 2011.**

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |